```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                   Plaintiff,

-against-

My 12 Step Store, Inc.,

                   Defendant.

22 Civ. 8942 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 2, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by January 4, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **January 19, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 5, 2023
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge