UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

My 12 Step Store, Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2023
```

22 Civ. 8942 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter and proposed case management plan filed on January 6, 2023. *See* ECF No. 13. The proposed case management plan is in draft form with edits along the margins. Accordingly, by **January 19, 2023**, the parties shall submit a final version of their proposed case management plan.

    SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge